```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04342
   EUGENE J. KURECKI
   LARISSA M KURECKI                          CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-7404    SSN XXX-XX-1188
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/12/07 and confirmed on 06/27/07.

2. The case was converted to Chapter 7 after confirmation, 12/04/2008.

3. The Debtor paid a total of $ 8165.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 5706.99 | 586.49 | 2828.28 |
| ASSET ACCEPTANCE CORP | UNSECURED | 256.55 | .00 | 35.92 |
| ASSET MANAGEMENT OUT | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECT/CREDIT PAC | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 303.60 | .00 | 42.50 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1324.51 | .00 | 185.43 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| BUTTERFIELD HEALTHCARE G | UNSECURED | 2500.00 | .00 | 350.00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| MARLINIT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 335.58 | .00 | 46.98 |
| NORTH STAR CAPITAL | UNSECURED | 1955.49 | .00 | 273.77 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE OF ILL | UNSECURED | NOT FILED | .00 | .00 |

```
PRAIRIE EMERGENCY SERVIC UNSECURED       511.00            .00         71.54
PRESIDIO                 UNSECURED     NOT FILED           .00           .00
PROVENA ST JOSEPH MEDICA UNSECURED     NOT FILED           .00           .00
ROGERS & HOLLAND         SECURED         630.13          67.27        275.11
MUNICIPAL COLLECTION SER UNSECURED      1500.00            .00        210.00
ZENITH ACQUISITION       UNSECURED     NOT FILED           .00           .00
IL DEPT OF EMPLOYMENT SE PRIORITY      NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS    UNSECURED       303.44            .00         42.48
NCO FINANCIAL SYSTEMS    UNSECURED       183.44            .00         25.68
     Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6337.12           .00       9173.61         .00     15510.73
PRINCIPAL PAID      3103.39           .00       1284.30         .00      4387.69
INTEREST PAID        653.76           .00            .00        .00       653.76
TOTAL PAID          3757.15           .00       1284.30         .00      5041.45
```

The Debtor's attorney, JOHN C DENT                         , was allowed $   3000.00
and was paid $    269.00   direct and $    2731.00   through the plan.

The Trustee received $     392.55 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/18/09                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 07 B 04342 EUGENE J. KURECKI & LARISSA M KURECKI